United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD A. KATZMAN ) | Case No.: 13-CV-00438-LHK |
| ) | |
| Plaintiff, ) | ORDER DIRECTING PARTIES TO FILE |
| v. ) | JOINT CASE MANAGEMENT |
| ) | STATEMENT |
| LOS ANGELES COUNTY METROPOLITAN ) | |
| TRANSPORTATION AUTHORITY, a special ) | |
| district; and COUNTY OF LOS ANGELES, a ) | |
| political subdivision of the state of California, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for September 25, 2013, as required by Civil Local Rule 16-10(d).  The parties are hereby ORDERED to file one Joint Case Management Statement by September 23, 2013 at 1p.m.  The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process."  Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated:  September 20, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-00438-LHK
ORDER DIRECTING PRATIES TO FILE JOINT CASE MANAGEMENT STATEMENT