UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

RICHARD KATZMAN,

    Plaintiff,

v.

LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY,

    Defendant.

No. C 13-438 LHK

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: December 13, 2013
Mediator: Margaret Corrigan

IT IS HEREBY ORDERED that the request to excuse defendant Los Angeles County Metropolitan Transportation Authority's representative, Jan Olsen, from appearing in person at the December 13, 2013 mediation before Margaret Corrigan is GRANTED. Ms. Olsen shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

December 4, 2013     By: _____
Dated                                         Maria-Elena James
                                                        United States Magistrate Judge