UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

San Jose Division

RICHARD KATZMAN,

       Plaintiff,

   v.

LOS ANGELES COUNTY
METROPOLITAN TRANSPORTATION
AUTHORITY,
       Defendant.

_____/

No. C 13-438 LHK

**ORDER RE: ATTENDANCE AT
MEDIATION**

Date:      December 13, 2013
Mediator:  Margaret Corrigan

    IT IS HEREBY ORDERED that the request to excuse defendant Los Angeles County

Metropolitan Transportation Authority's representative, Jan Olsen, from appearing in person at the

December 13, 2013 mediation before Margaret Corrigan is GRANTED.  Ms. Olsen shall be

available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

    IT IS SO ORDERED.


December 4, 2013 _____    By:   _____

Dated                                   Maria-Elena James
                                      United States Magistrate Judge