UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD A. KATZMAN ) | Case No.: 13-CV-00438-LHK |
| ) | |
| Plaintiff, ) | ORDER CONTINUING CASE |
| v. ) | MANAGEMENT CONFERENCE AND |
| ) | ORDERING SETTLEMENT STATUS |
| LOS ANGELES COUNTY METROPOLITAN ) | UPDATE |
| TRANSPORTATION AUTHORITY, a special ) | |
| district; and COUNTY OF LOS ANGELES, a ) | |
| political subdivision of the state of California, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The case management conference set for January 29, 2014, is hereby vacated and continued to May 7, 2014, at 2:00 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by April 30, 2014. The parties shall file a settlement status update by March 19, 2014 at 12p.m.

**IT IS SO ORDERED.**

Dated: January 24, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 13-CV-00438-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ORDERING SETTLEMENT STATUS UPDATE