UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| RICHARD KATZMAN, | No. C 13-438 LHK |
| Plaintiff, | |
| v. | **ORDER RE: ATTENDANCE AT MEDIATION** |
| LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, | Date:     March 6, 2014<br>Mediator: Margaret Corrigan |
| Defendant. | |

IT IS HEREBY ORDERED that the request to excuse defendant Los Angeles County Metropolitan Transportation Authority's representative, Jan Olsen, from appearing in person at the March 6, 2014 mediation before Margaret Corrigan is GRANTED. Ms. Olsen shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

March 5, 2014                      By: _____
Dated                                           Maria-Elena James
                                                United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California