UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD A. KATZMAN, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LOS ANGELES COUNTY METROPOLITAN ) <br> TRANSPORTATION AUTHORITY, a special ) <br> district, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 13-CV-00438-LHK <br><br> ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement seven days in advance of the Case Management Conference set for September 25, 2014 as required by Civil Local Rule 16-10(d).  The parties are hereby ORDERED to file one Joint Case Management Statement by Tuesday, September 23, 2014, at 9 a.m.  The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process."  Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: September 19, 2014

_____
LUCY H. KOH
United States District Judge