UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD A. KATZMAN ) | Case No.: 13-CV-00438-LHK |
| ) | |
| Plaintiff, ) | ORDER VACATING HEARING ON |
| v. ) | MOTIONS FOR SUMMARY |
| ) | JUDGMENT, CONTINUING CASE |
| LOS ANGELES COUNTY METROPOLITAN ) | MANAGEMENT CONFERENCE, AND |
| TRANSPORTATION AUTHORITY, a special ) | ORDERING SETTLEMENT STATUS |
| district; and COUNTY OF LOS ANGELES, a ) | UPDATE |
| political subdivision of the state of California, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Civil Local Rule 7-1(b), the hearing on Plaintiff's motion for summary judgment, ECF No. 45, and Defendant's motion for summary judgment, ECF No. 63, currently set for September 25, 2014, is hereby vacated. The case management conference set for September 25, 2014, is hereby continued to October 29, 2014, at 2:00 p.m.  Pursuant to Civil Local Rule 16-10(d), the parties shall file a supplemental joint case management statement by October 22, 2014.

It is further ordered that within one week of the Court's issuance of its order on Plaintiff's and Defendant's motions for summary judgment, the parties shall file a joint statement regarding their willingness to participate in ADR. It is further ordered that if the parties participate in ADR, they shall file a settlement status update by December 4, 2014, at noon.

1

Case No.: 13-CV-00438-LHK
ORDER VACATING HEARING ON MOTIONS FOR SUMMARY JUDGMENT, CONTINUING CASE MANAGEMENT CONFERENCE, AND ORDERING SETTLEMENT STATUS UPDATE

**IT IS SO ORDERED.**

Dated: September 23, 2014

_____
LUCY H. KOH
United States District Judge