UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD A. KATZMAN ) | Case No.: 13-CV-00438-LHK |
| ) | |
| Plaintiff, ) | ORDER CONTINUING CASE |
| v. ) | MANAGEMENT CONFERENCE |
| ) | |
| LOS ANGELES COUNTY METROPOLITAN ) | |
| TRANSPORTATION AUTHORITY, a special ) | |
| district, ) | |
| ) | |
| Defendant. ) | |

The case management conference set for October 29, 2014, is hereby continued to December 11, 2014 at 1:30 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by December 4, 2014.

**IT IS SO ORDERED.**

Dated: October 28, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-00438-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE