UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD KATZMAN,                            ) | Case No.: 13-CV-00438-LHK |
|                                             ) | |
| Plaintiff,                                  ) | SUPPLEMENTAL PRETRIAL |
| v.                                          ) | CONFERENCE ORDER NO. 2 |
|                                             ) | |
| LOS ANGELES COUNTY METROPOLITAN             ) | |
| TRANSPORTATION AUTHORITY, a special         ) | |
| district,                                   ) | |
|                                             ) | |
| Defendant.                                  ) | |

The Court issues this second supplemental pretrial order regarding two issues. First, pursuant to this Court's oral ruling at the pretrial conference held on December 11, 2014, each side will have five minutes to conduct attorney voir dire.

Second, the parties shall file by the end of the day Monday, January 5, 2015, a joint statement regarding: (1) when during the trial the stipulated facts, *see* ECF No. 102-1, should be read to the jury; and (2) whether the parties will stipulate to the fact that the Defendant acted under color of law.

**IT IS SO ORDERED.**

Dated: December 30, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 13-CV-00438-LHK
SUPPLEMENTAL PRETRIAL CONFERENCE ORDER NO. 2