UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD KATZMAN, | Case No.: 13-CV-00438-LHK |
| Plaintiff, | ORDER TO FILE JOINT STATEMENT |
| v. | |
| LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, a special district, | |
| Defendant. | |

The parties shall file by Thursday, January 8, 2015 at 10 a.m. a joint statement regarding whether the following instructions should be included in the final jury instructions:

- Instruction No. 8. Impeachment Evidence—Witness
- Instruction No. 9. Charts and Summaries Not Received in Evidence
- Instruction No. 10. Charts and Summaries in Evidence

**IT IS SO ORDERED.**

Dated: January 6, 2015

_____
LUCY H. KOH
United States District Judge

Case No.: 13-CV-00438-LHK
ORDER TO FILE JOINT STATEMENT