1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RICHARD KATZMAN, ) | Case No.: 13-CV-00438-LHK |
| ) | |
| Plaintiff, ) | ORDER REGARDING LUNCH FOR |
| v. ) | JURORS |
| ) | |
| LOS ANGELES COUNTY METROPOLITAN ) | |
| TRANSPORTATION AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

  IT IS HEREBY ORDERED that lunch shall be provided in the above-captioned matter at the expense of the United States District Court through Erik's Deli (Point of Contact: Astrid Morales, 408-998-2323, 408-876-0391, 2 N. Market Street, San Jose, CA 95113) for the members of the jury during deliberations effective Friday, January 9, 2015 until such time as a verdict is rendered.

**IT IS SO ORDERED.**

Dated: January 8, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1