UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD KATZMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOS ANGELES COUNTY METROPOLITAN ) <br> TRANSPORTATION AUTHORITY, ) <br> a special district, ) <br> ) <br> Defendant. ) <br> _____) | No.: 13-CV-00438 LHK <br><br> ORDER REGARDING PLAINTIFF'S <br> MOTION FOR SANCTIONS AND <br> MOTION TO STRIKE |

On January 8, 2015, Plaintiff filed a Motion for Sanctions and Motion to Strike Testimony and Evidence Based on Discovery Violations. ECF No. 123.

Defendant shall file a response by 5 p.m. on January 8, 2015.  Defendant's response shall include a declaration explaining why during discovery Defendant did not produce the Bi-Annual Pension Audit documents that Defendant produced to Plaintiff on January 7 and 8, 2015.

Defendant must make Janice Olsen available for testimony on Friday, January 9, 2015, if Plaintiff wishes to examine Ms. Olsen further.

Plaintiff shall file a supplement to his motion identifying the pages and lines of testimony Plaintiff seeks to strike by 6 p.m. January 8, 2015, and any prejudice resulting from such testimony.

Defendant may file a response by 7 p.m., January 8, 2015.

1

Case No.: 13-CV-00438 LHK
ORDER REGARDING PLAINTIFF'S MOTION FOR SANCTIONS AND MOTION TO STRIKE

The Court will hold a hearing at 8:45 a.m. on January 9, 2015.

**IT IS SO ORDERED.**

Dated: January 8, 2015

_____
LUCY H. KOH
United States District Judge