UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD KATZMAN, <br><br> Plaintiff, <br> v. <br><br> LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, a special district, <br><br> Defendant. | Case No.: 13-CV-00438-LHK <br><br> ORDER GRANTING STIPULATION OF MISTRIAL |

Pursuant to the parties' stipulation, ECF No. 145, the Court hereby declares a mistrial.

The Court sets an interim status conference in this matter for Wednesday, January 14, 2015, at 2 p.m. The Court also sets a further status conference on Friday, January 16, 2015, at 10 a.m. The parties shall file by Wednesday, January 14, 2015, at 10 a.m., a joint statement regarding whether a January 14, 2015 interim status conference is necessary, or if it should be continued to January 16, 2015.

**IT IS SO ORDERED.**

Dated: January 12, 2015

_____
LUCY H. KOH
United States District Judge

Case No.: 13-CV-00438-LHK
ORDER GRANTING STIPULATION OF MISTRIAL