UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD KATZMAN,<br><br>    Plaintiff,<br>v.<br><br>LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, a special district,<br><br>    Defendant. | Case No.: 13-CV-00438-LHK<br><br>CASE MANAGEMENT ORDER |

Plaintiff Attorneys: G. Whitney Leigh
Defense Attorney: Calvin House

    A status conference was held on January 16, 2015. At the status conference, the parties stipulated that Plaintiff may assert an Equal Protection claim at trial, and that Defendant will move for judgment as a matter of law in lieu of a motion for summary judgment on the claim.

    The Court made the following orders on the record:

INTERIM STATUS CONFERENCE: There will be an interim status conference on February 5, 2015 at 1:30 p.m. The parties shall file a joint statement by February 4, 2015 at 12 p.m. to inform the Court whether the interim status conference is necessary.

PLAINTIFF'S MOTION FOR SANCTIONS: Plaintiff shall file a motion for sanctions no later than February 6, 2015, and the motion will be set for hearing on February 26, 2015 at 1:30 p.m. Defendant shall file an opposition no later than February 13, 2015. Plaintiff shall file a reply no later than February 20, 2015.

PRETRIAL CONFERENCE: The pretrial conference will be on February 26, 2015 at 1:30 p.m. The parties shall file joint proposed preliminary and final jury instructions by February 12, 2015. The parties shall file a joint proposed verdict form, joint stipulation of facts, and joint witness and exhibit lists by February 19, 2015.

Case No.: 13-CV-00438-LHK
CASE MANAGEMENT ORDER

TRIAL SCHEDULE: Trial will take place on April 24, 2015; April 27, 2015; and April 28, 2015, from 9 a.m. to 4:30 p.m. with a lunch break from approximately noon to 1 p.m. There will be an approximately 15 minute break at about 10:30 a.m., and approximately 10 minute breaks at about 2:15 p.m. and about 3:30 p.m. each day.

**IT IS SO ORDERED.**

Dated: January 16, 2015

_____
LUCY H. KOH
United States District Judge

Case No.: 13-CV-00438-LHK
CASE MANAGEMENT ORDER