UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD KATZMAN, | No.: 13-CV-00438 LHK |
| Plaintiff, | PROPOSED VERDICT FORM |
| v. | |
| LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, a special district, | |
| Defendant. | |

The parties shall file any objections to the proposed verdict form by March 6, 2015.

Dated: February 27, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-00438 LHK
PROPOSED VERDICT FORM

When answering the following questions and filling out this verdict form, please follow the directions provided throughout the form.  Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions.  Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return the answers under the instructions of this Court as our verdict in this case.

(1)    Has the plaintiff, Richard Katzman, proved by a preponderance of the evidence that the defendant, Los Angeles County Metropolitan Transportation Authority, deprived Mr. Katzman of a property right without due process of law?

YES _____          NO _____

*If you answered YES to Question No. 1, proceed to Question No. 2.  If you answered NO to Question No. 1, proceed to Question No. 3.*

(2)    Has Mr. Katzman proved by a preponderance of the evidence that the Los Angeles County Metropolitan Transportation Authority's deprivation of a property right without due process of law caused damage to Mr. Katzman?

YES _____          NO _____

*Proceed to Question No. 3.*

(3)    Has Mr. Katzman proved by a preponderance of the evidence that the Los Angeles County Metropolitan Transportation Authority intentionally treated Mr. Katzman differently than others similarly situated to Mr. Katzman, without rational basis?

YES _____          NO _____

*If you answered YES to Question No. 3, proceed to Question No. 4.  If you answered NO to Question No. 3, proceed to Question No. 5.*

(4)    Has Mr. Katzman proved by a preponderance of the evidence that the Los Angeles County Metropolitan Transportation Authority's different treatment of Mr. Katzman compared to those similarly situated caused damage to Mr. Katzman?

YES _____          NO _____

*Proceed to Question No. 5.*

2

Case No.: 13-CV-00438 LHK
PROPOSED VERDICT FORM

(5) What are the damages that will reasonably and fairly compensate Mr. Katzman for his injury caused by the Los Angeles County Metropolitan Transportation Authority?

$_____

Have the presiding juror sign and date the verdict form and notify the bailiff.

Signed: _____        Date: _____
      PRESIDING JUROR

3

Case No.: 13-CV-00438 LHK
PROPOSED VERDICT FORM