UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RICHARD A. KATZMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>LOS ANGLES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY,<br><br>  Defendant. | Case No.:13-CV-00438-LHK<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 175 |

Before the Court is Plaintiff's motion for sanctions and adverse jury instruction. ECF No. 175. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument and hereby VACATES the hearing currently scheduled for March 19, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: March 19, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-00438-LHK
ORDER VACATING HEARING