UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD A. KATZMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>LOS ANGLES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY,<br><br>        Defendant. | Case No. 13-CV-00438-LHK<br><br>**ORDER RE JURY COSTS** |

Prospective jurors are currently scheduled to arrive on the morning of April 24, 2015, for the first day of trial.  The Court hereby places the parties on notice that if the parties desire to settle this case prior to trial, and the Court receives a stipulation of dismissal after 5:00 p.m. on April 22, 2015, the Court will assess the parties jury costs, including jurors' fees, parking, and mileage.

**IT IS SO ORDERED.**

Dated: April 14, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1

Case No. 13-CV-00438-LHK
ORDER RE JURY COSTS