1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11  RICHARD KATZMAN,                    )   No.: 13-CV-00438 LHK
                                        )
12               Plaintiff,             )   VERDICT FORM
                                        )
13        v.                            )
                                        )
14  LOS ANGELES COUNTY METROPOLITAN     )
    TRANSPORTATION AUTHORITY,           )
15  a special district,                 )
                                        )
16               Defendant.             )
                                        )
17  _____)

18
19
20
21
22  Dated: April 15, 2015                 *Lucy H. Koh*

23                                        LUCY H. KOH
                                          United States District Judge
24
25
26
27
28

                                1

When answering the following questions and filling out this verdict form, please follow the directions provided throughout the form.  Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions.  Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return the answers under the instructions of this Court as our verdict in this case.

(1)     Has the plaintiff, Richard Katzman, proved by a preponderance of the evidence that the defendant, Los Angeles County Metropolitan Transportation Authority, deprived Mr. Katzman of a property right without due process of law?

YES _____            NO _____

*If you answered YES to Question No. 1, proceed to Question No. 2.  If you answered NO to Question No. 1, proceed to Question No. 3.*

(2)     Has Mr. Katzman proved by a preponderance of the evidence that the Los Angeles County Metropolitan Transportation Authority's deprivation of a property right without due process of law caused damage to Mr. Katzman?

YES _____            NO _____

*Proceed to Question No. 3.*

(3)     Has Mr. Katzman proved by a preponderance of the evidence that the Los Angeles County Metropolitan Transportation Authority intentionally treated Mr. Katzman differently than others similarly situated to Mr. Katzman, without rational basis?

YES _____            NO _____

*If you answered YES to Question No. 3, proceed to Question No. 4.  If you answered NO to Question No. 3, proceed to Question No. 5.*

(4)     Has Mr. Katzman proved by a preponderance of the evidence that the Los Angeles County Metropolitan Transportation Authority's different treatment of Mr. Katzman compared to those similarly situated caused damage to Mr. Katzman?

YES _____            NO _____

*Proceed to Question No. 5.*

Case No.: 13-CV-00438 LHK
VERDICT FORM

     (5)    What are the damages that will reasonably and fairly compensate Mr. Katzman for his injury caused by the Los Angeles County Metropolitan Transportation Authority?

    $_____

    Have the presiding juror sign and date the verdict form and notify the bailiff.

Signed: _____    Date: _____
       PRESIDING JUROR

Case No.: 13-CV-00438 LHK
VERDICT FORM