UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RICHARD KATZMAN, | Case No.: 13-CV-00438-LHK |
| Plaintiff, | ORDER REGARDING LUNCH FOR JURORS |
| v. | |
| LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, | |
| Defendant. | |

IT IS HEREBY ORDERED that lunch shall be provided in the above-captioned matter at the expense of the United States District Court through Erik's Deli (Point of Contact: Astrid Morales, 408-998-2323, 408-876-0391, 2 N. Market Street, San Jose, CA 95113) for the members of the jury during deliberations effective Monday, April 27, 2015 until such time as a verdict is rendered.

**IT IS SO ORDERED.**

Dated: April 27, 2015

_____
LUCY H. KOH
United States District Judge

1

13-CV-00438-LHK
ORDER REGARDING LUNCH FOR JURORS