UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD KATZMAN,<br><br>  Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY,<br>a special district,<br><br>  Defendant. | No.: 13-CV-00438 LHK<br><br>**JUDGMENT** |

This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict on April 27, 2015.  Accordingly, the Clerk of the Court shall enter judgment in favor of Defendant.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 27, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-00438 LHK
JUDGMENT